UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS CARVER,<br><br>　　　　Defendant. | No. CR23-5085<br><br>DEFENDANT CARVER'S RESPONSE REGARDING MOTION TO CONTINUE TRIAL |

　　Defendant Carver responds to the motion to continue the trial. Dkt. 252 He does not oppose a continuance of the current trial date and pretrial motions dates but does oppose such a lengthy continuance to May 6, 2024.  He would not oppose a continuance to January or February of 2024.

　　DATED this 25th day of April.

　　　　　　　　　　　　　　　　*Peter A.Camiel*
　　　　　　　　　　　　　　　　Peter A. Camiel WSBA 12596
　　　　　　　　　　　　　　　　Attorney for Defendant Carver

Response to Motion to Continue
(USA v. Bailey et al CR23-5085 DGE TL)

**PETER A. CAMIEL**
**CAMIEL & CHANEY P.S.**
**2815 Elliott Ave, Suite 100**
**Seattle, WA  98121**
**(206)636-1725**